UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GEORGE STEVENSON,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 2:19-cv-00243 KJM CKD<br><br><br><br>ORDER |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability insurance benefits under Title II of the Social Security Act ("Act").

On July 1, 2020, the magistrate judge filed findings and recommendations, which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections, ECF No. 25, and defendant a response to the objections, ECF No. 26.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

////

1

1      Accordingly, IT IS HEREBY ORDRED that:

2      1. The July 1, 2020 findings and recommendations are adopted in full;

3      2. Plaintiff's motion for summary judgment (ECF No. 13) is denied;

4      3. The Commissioner's cross-motion for summary judgment (ECF No. 22) is granted; and

6      4. Judgment is entered for the Commissioner.

DATED: October 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE